IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MONICA NANETTE HERNANDEZ,<br><br>Debtor.<br><br>PARTNERS PERSONNEL – MANAGEMENT SERVICES, LLC,<br><br>Garnishee. | Case No. 1:20-MC-00050-SKO<br><br>**ORDER TERMINATING WRIT OF GARNISHMENT**<br><br>**(Doc. 9)**<br><br>Criminal Case No. 1:11-CR-00149-AWI-BAM |

The Court, having carefully reviewed the entire file, and the United States' Request for an Order Terminating Writ of Garnishment ("Request") (Doc. 9), and finding good cause therefrom, hereby GRANTS the Request.  Accordingly, it is ORDERED THAT:

1.      Pursuant to 28 U.S.C. § 3205(c)(10), the Writ of Garnishment issued on July 30, 2020, is hereby TERMINATED; and

///

///

///

ORDER TERMINATING WRIT OF GARNISHMENT

1

1          2.        The Clerk of Court shall CLOSE this miscellaneous case.

2

3    IT IS SO ORDERED.

4    Dated:    **September 26, 2023**                    /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER TERMINATING WRIT OF GARNISHMENT                    2